## Carl STONE v. STATE. (No. 12761.)

Court of Criminal Appeals of Texas. Nov. 13, 1929.

B. J. Jackson, of Cleburne, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for transporting intoxicating liquor; punishment, one year in the penitentiary.

The case is here without statement of facts or bills of exception. The indictment charges the offense sufficiently, and is followed by the charge of the court, the judgment, and sentence.

No error appearing, the judgment will be affirmed.

## Abram TARIN v. STATE. (No. 12744.)

Court of Criminal Appeals of Texas. Nov. 13, 1929.

M. V. Ward, of El Paso, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is the failure, after an automobile collision, to stop and render aid, as denounced by article 1150, Pen. Code 1925; punishment fixed at a fine of $250 and confinement in the county jail for a period of 90 days.

No complaints of the rulings of the court are brought forward by bills of exceptions or otherwise; nor is the record accompanied by any statement of the facts developed upon the trial. The indictment seems sufficient.

The judgment is affirmed.

## Bradley WEATHERS, Appellant, v. STATE of Texas, Appellee. (No. 13037.)

Court of Criminal Appeals of Texas. Oct. 30, 1929.

Darroch, McGaugh & DeWolfe, of Goldthwaite, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is murder; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Bill WEBB v. STATE. (No. 13143.)

Court of Criminal Appeals of Texas. Nov. 13, 1929.

A. B. Haworth, of Comanche, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for passing a forged instrument; punishment, two years in the penitentiary.

The record is here without any statement of facts or bills of exception. The indictment and charge of the court appear to conform to the law; likewise the judgment and sentence.

No error appearing, the judgment is affirmed.

## Bennie WILLIAMS v. STATE. (No. 13144.)

Court of Criminal Appeals of Texas. Nov. 13, 1929.

T. P. Buffington, of Anderson, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. Theft of cattle is the offense; punishment fixed at confinement in the penitentiary for a period of two years.

The indictment is sufficient. The procedure seems regular. No bills of exceptions are found complaining of the rulings of the trial court; nor is the record accompanied by any statement of the facts developed upon the trial.

The judgment is affirmed.